Case 3:21-cv-00884-D   Document 8   Filed 04/27/21   Page 1 of 3   PageID 119
Case 3:21-cv-00884-D   Document 3   Filed 04/19/21   Page 3 of 4   PageID 108

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Global Plasma Solutions Inc | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-00884-D |
| | ) |
| D Zine Partners LLC et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Marwa Zaatari
3000 South 5th Street
Austin, Texas 78704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Justin Opitz
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 04/19/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-00884-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

**RETURN / AFFIDAVIT PROOF / ATTACHED**

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:21-CV-00884-D

Plaintiff:
**GLOBAL PLASMA SOLUTIONS, INC.**

vs.

Defendant:
**D ZINE PARTNERS, LLC and MARWA ZAATARI**

Received these papers on the 20th day of April, 2021 at 11:00 am to be served on **MARWA ZAATARI, 3000 South 5th Street, Austin, Travis County, TX 78704**.

I, Scott L Thomas, being duly sworn, depose and say that on the **21st day of April, 2021 at 6:10 pm, I:**

delivered in hand to **MARWA ZAATARI**, a true copy of the **Summons in a Civil Action together with Original Complaint, Exhibits, Civil Cover Sheet and Cover Letter from MCGUIRE WOODS dated April 21, 2021, at 3000 South 5th Street, Austin, Travis County, TX 78704,** having first endorsed thereon, the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 22nd day of April, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC



Helen Broussard
My Commission Expires
11/04/2023
ID No 130429927

Scott L Thomas
PSC # 1224, Exp. 7/31/2022

Our Job Serial Number: THP-2021001843
Ref: 1100447

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

