# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Global Plasma Solutions, Inc.
Plaintiff

v.

D Zine Partners, LLC and Marwa Zaatari
Defendant

3:21-cv-00884-D
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Global Plasma Solutions, Inc.

provides the following information:

     For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

     A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

AirClean Holdings, Inc. (a parent company of Global Plasma Solutions, Inc.), Falfurrias Capital Partners III, LP (a private equity fund that holds an interest in AirClean Holdings, Inc.), Charles H. Waddell (individual who owns an interest in AirClean Holdings, Inc.), D Zine Partners LLC, Marwa Zaatari, Michael Studer (manager of D Zine Partners LLC), Ahmad Zaatari (partner of D Zine Partners LLC).

| | |
|---|---|
| Date: | May 3, 2021 |
| Signature: | /s/ Justin Opitz |
| Print Name: | Justin Opitz |
| Bar Number: | 24051140 |
| Address: | 2000 McKinney Ave., Ste. 1400 |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | 214-932-6471 |
| Fax: | 214-932-6499 |
| E-Mail: | jopitz@mcguirewoods.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons