IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLOBAL PLASMA SOLUTIONS, INC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | Civil Action No. 3:21-cv-00884-M |
| D ZINE PARTNERS, LLC, et al., | | |
| Defendants. | | |

## ORDER

Before the Court are the Motion to Dismiss for Failure to State a Claim filed by D Zine Partners, LLC and Marwa Zaatari (ECF No. 14), the Second Motion to Dismiss for Failure to State a Claim filed by D Zine Partners, LLC and Marwa Zaatari (ECF No. 26); the Third Motion to Dismiss Pursuant to the PREP Act and Federal Rule Of Civil Procedure 12(B)(6) filed by D Zine Partners, LLC and Marwa Zaatari (ECF No. 40); and the Motion to Dismiss filed by enVerid Systems, Inc. (ECF No. 52).

All of the Motions set out above are rendered moot by the Third Amended Complaint (ECF No. 58) and therefore DENIED. *See King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading.").

**SO ORDERED**.

March 8, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE