# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 3:21-cv-00884-M |
| D ZINE PARTNERS, LLC, et al., | § § § § § | |
| Defendants. | | |

## ORDER

Before the Court is the Agreed Motion for Withdrawal of Counsel (ECF No. 352), filed by Defendant D Zine Partners, LLC. The Motion is **GRANTED**. Brett B. Stalcup is hereby withdrawn as attorney of record for Defendant D Zine Partners, LLC.

**SO ORDERED**.

October 11, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE