IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:21-cv-00884-M |
| D ZINE PARTNERS, LLC, et al., | § § § | |
| Defendants. | § § § § | |

### ORDER

Oral argument is **SET** for **November 8, 2022, at 9:00 a.m. CST**. Counsel should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas, and be prepared to argue all pending motions.

**SO ORDERED**.

October 27, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE