IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | Civil Action No. 3:21-cv-00884-M |
| D ZINE PARTNERS, LLC, et al., | | |
| Defendants. | | |

**ORDER**

Before the Court is the Emergency Motion to Compel Complete Discovery Responses and Production of Documents and Motion for Sanctions (ECF No. 367), filed by Defendants D Zine Partners, LLC and Marwa Zaatari.

The Motion is hereby **REFERRED** to Magistrate Judge Ramirez for a hearing, if necessary, and recommendation or determination.  This Order of Referral also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred Motion, and that relate to the United States Magistrate Judge's resolution of the Motion.  All future filings regarding the referred Motion should be addressed to the United States Magistrate Judge, not to the District Judge, and should be accompanied by a transmittal letter addressed to the Magistrate Judge, so that filings will reach her without delay.

**SO ORDERED**.

October 29, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE