

Aaron Z. Tobin

Attorney at Law

214.265.3851
atobin@ctstlaw.com

Licensed in Texas and North Carolina

November 7, 2022

**Via ECF Filing**
Honorable District Judge Barbara M. G. Lynn
United States District Court for the Northern District of Texas
Dallas Division
1100 Commerce Street, Room 1572
Courtroom: 1570
Dallas, Texas 75242-1003

RE: **Civil Action No. 3:21-CV-0884-M**; *Global Plasma Solutions, Inc. v. D Zine Partners, LLC, Marwa Zaatari, and enVerid Systems, Inc.*; in the United States District Court for the Northern District of Texas, Dallas Division

Dear Judge Lynn:

Our firm represents enVerid Systems, Inc. ("enVerid") in the above referenced matter. On November 8, 2022, the Court will hear all outstanding motions that are currently pending in this matter. enVerid is a party to many of the pending motions to be heard during the upcoming hearing.

We are aware that there are many motions on the Court's docket on the 8th and that the Court will need to be efficient with its time. We are also aware of the Court's strong encouragement for litigants to be mindful of opportunities for young lawyers to conduct hearings before the Court and to have more "stand-up" opportunities in court. In that vein, we are providing notice that we intend to have a 4th year lawyer in our firm, Taryn Ourso, present enVerid's position in support for its Motion to Strike GPS's Untimely Disclosures and Exclude Testimony [Doc 241]. Ms. Ourso has yet to present a motion in federal court. We understand that the Court may not have time to hear this motion but wanted to alert the Court to this opportunity.

Sincerely,

*/s/ Aaron Z. Tobin*

Aaron Z. Tobin

AZT/cdn