# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., *Plaintiff*, v. D ZINE PARTNERS, LLC, MARWA ZAATARI, and ENVERID SYSTEMS, INC., *Defendants*. | CIVIL ACTION NO. 3:21-CV-884-M  JURY TRIAL DEMANDED |

## ENVERID SYSTEMS, INC.'S WITNESS LIST

Defendant enVerid Systems, Inc. ("enVerid"), hereby submits its combined Witness List in accordance with the Court's Amended Scheduling Order. enVerid reserves the right to amend or supplement this list as allowed by the Federal Rules of Civil Procedure and the Court.

| No. | Name | Summary of Testimony | Deposed | Type |
|---|---|---|---|---|
| | Christian Weeks | CEO of enVerid who will refute Plaintiff's claims | Yes | Probable |
| | Heather Robb | Marketing Independent Contractor to enVerid who will refute Plaintiff's claims | Yes | Probable |
| | Udi Meirav | Founder of enVerid who will refute Plaintiff's claims | Yes | Possible |
| | Dr. Marwa Zaatari | Defendant | Yes | Probable |
| | Ted Vergis | enVerid Employee | Yes | Possible |
| | Douglas Engel | enVerid Employee | Yes | Possible |
| | Linda D. Lee | GPS's products have not been proven safe and effective | Yes | Expert |
| | Max Sherman | Dr. Zaatari's statements are part of the scientific debate regarding IAQ | Yes | Expert |

| | | | | |
|---|---|---|---|---|
| | Arch I. Carson | Dr. Zaatari's statements are reasonable scientific opinions | No | Expert |
| | Eric Feigl-Ding | GPS products have not been proven safe and effective | Yes | Expert |
| | Hugh Granger | GPS products have not been proven safe and effective | Yes | Expert |
| | Vincent Biemans | Damages expert who will rebut Plaintiff's damages claims | No | Expert |
| | Glenn Brinkman | GPS CEO | Yes | Probable |
| | Charles Waddell | GPS Founder and CTO | Yes | Probable |
| | Kevin Boyle | GPS Vice President of Products and Marketing | | Probable |
| | Ed Sobek | GPS Chief Science Officer | Yes | Probable |
| | Ken Walker | GPS Chairman of the Board | Yes | Probable |
| | Delphine K Farmer | Open Letter Signee | No | Probable |
| | Jose-Louis Jimenez | Open Letter Signee | No | Probable |
| | Jeffrey Siegel | Open Letter Signee | No | Possible |
| | Marcel Harmon | Open Letter Author | No | Probable |
| | Brent Stephens | Open Letter Signee | No | Possible |
| | Shelly Miller | Open Letter Signee | No | Probable |
| | Jennifer Isenbeck | ASHRAE Chair of 62.1 | No | Probable |
| | Kathleen Owen | ASHRAE | No | Probable |
| | Hoy Bohanon | ASHRAE Chair of 62.1 | No | Probable |
| | Chris Muller | ASHRAE | No | Probable |
| | Stephen Trent | Boeing Paper Author | No | Possible |
| | Stephanie Holm | Letter to Schools on BPI | No | Possible |
| | Bud Offerman | Sued by GPS for defamation | No | Probable |
| | Yicheng Zeng | Author of Illinois Institute of Technology article | Yes | Probable |

|  | | | | |
|---|---|---|---|---|
|  | Kendal Reed | Attorney's Fess | No | Probable |
|  | Aaron Tobin | Attorney's Fees | No | Probable |
|  | All custodians of Record, if necessary | | | |
|  | Any person identified by any party to this case and not otherwise objected to by enVerid | | | |
|  | Any person necessary to authenticate any exhibit offered by enVerid | | | |
|  | Any person necessary for rebuttal or impeachment purposes | | | |

Dated: November 7, 2022

Respectfully submitted,

*/s/ Kendal B. Reed*
Aaron Z. Tobin
Texas Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@condontobin.com
Leah K. Lanier
Texas Bar No. 24080068
llanier@condontobin.com
Justin D. Hanna
Texas Bar No. 24095726
jhanna@condontobin.com
**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
***ATTORNEYS FOR DEFENDANT ENVERID SYSTEMS, INC.***

## CERTIFICATE OF SERVICE

It is hereby certified that on November 7, 2022, a copy of the foregoing was served through the Court's electronic filing system as to all parties who have entered an appearance in this proceeding.

*/s/ Kendal B. Reed*
KENDAL B. REED