**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | Civil Action No. 3:21-cv-00884-M |
| D ZINE PARTNERS, LLC, et al., | | |
| Defendants. | | |

### ORDER

The Court **ORDERS:**

1. By close of business on November 17, 2022, the parties must submit the name of an agreed-upon special master to handle discovery matters; otherwise, the Court will appoint one.

2. By close of business on November 18, 2022, Plaintiff must certify under oath that Plaintiff has complied with prior Court orders on production of documents.

3. By close of business on November 21, 2022, Plaintiff must send to chambers a privilege log, and redacted and unredacted copies of all allegedly privileged documents included in the log.

4. On an agreed-upon date, the parties may depose witness Al Vatine. Plaintiff may object to the taking of the deposition on grounds other than discovery being closed. Vatine may object to the taking of the deposition.

5. On an agreed-upon date, the parties may depose witness Keith Garris. Plaintiff may not object to the taking of the deposition, but Garris may do so.

**SO ORDERED**.

November 17, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE