IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:21-cv-00884-M |
| D ZINE PARTNERS, LLC, et al., | | |
| Defendants. | | |

## ORDER

On November 16, 2022, the Court ordered Plaintiff Global Plasma Solutions, Inc. to submit for *in camera* review its privilege log, and all redacted and withheld documents therein. On December 8, 2022, the Court received a revised version of Plaintiff's privilege log (the "Privilege Log"). The Court previously ordered certain documents to be produced. ECF Nos. 431, 432, 433, 439, 449. The Court has completed its review of the Privilege Log. Additional documents must be produced because the Court finds, based on what was submitted, that they are not privileged. Some of the Privilege Log entries include a note that "[Plaintiff] will redact only communications and advice directly from in-house counsel Josh Grissom," but the documents do not always include such communications and advice.

Plaintiff is ordered to produce the below documents, without redactions, to Defendants D Zine Partners, LLC, Marwa Zaatari, and enVerid Systems, Inc. by **December 23, 2022**. Production of these documents shall not constitute a waiver by Plaintiff as to any privilege as to any other communications or documents.

The documents to be produced are listed by beginning Bates ID Number:

GPS15_00004089, except as to correspondence directly with Josh Grissom
GPS15_00004162, except as to correspondence directly with Josh Grissom
GPS15_00097034
GPS15_00102761
GPS15_00111561
GPS15_00111633
GPS15_00111705
GPS15_00111753
GPS15_00111928
GPS15_00111929
GPS15_00111947
GPS15_00111949
GPS15_00111951
GPS15_00111957
GPS15_00111960
GPS15_00111963
GPS15_00111966
GPS15_00113182
GPS15_00113183
GPS15_00113184
GPS15_00113185
GPS15_00113484, except as to the top email
GPS15_00113597
GPS15_00113870, except as to the top email
GPS15_00114072
GPS15_00114073
GPS15_00114122
GPS15_00114173
GPS15_00114898
GPS15_00116300, except as to the top email
GPS15_00116433
GPS15_00116434
GPS15_00116522, except as to correspondence directly with Josh Grissom
GPS15_00116523
GPS15_00116751, except as to the top email
GPS15_00116786
GPS15_00116787

**SO ORDERED**.

December 20, 2022.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

3