IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **GLOBAL PLASMA SOLUTIONS, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**D ZINE PARTNERS, LLC,**<br>**MARWA ZAATARI, and ENVERID**<br>**SYSTEMS, INC.,**<br><br>*Defendants*. | **CIVIL ACTION NO. 3:21-CV-00884-D** |

**JOINT STIPUATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a) and (c), Plaintiff Global Plasma Solutions, Inc. and Defendants D Zine Partners, LLC, Marwa Zaatari, and enVerid Systems, Inc. by and through their respective counsel of record, do hereby stipulate that settlement has been reached in the above captioned matter and that the above captioned matter should and shall be dismissed with prejudice to the refiling of the same, to include any and all claims and counterclaims that were brought or that could have been brought in this case by either Plaintiff or Defendants, with each party to bear its own fees and expenses and without award of costs to either party.

1

27939076v1 96640.002.00

Dated: March 16, 2023

Respectfully submitted,

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

*/s/ Kendal B. Reed*
Aaron Z. Tobin
Texas Bar No. 24028045
atobin@condontobin.com
Kendal B. Reed
Texas Bar No. 24048755
kreed@condontobin.com
Leah K. Lanier
Texas Bar No. 24080068
llanier@condontobin.com
CONDON TOBIN SLADEK THORNTON NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

**ATTORNEYS FOR DEFENDANT ENVERID SYSTEMS, INC.**

**SHIELDS LEGAL GROUP, P.C.**

*/s/ David A. Shields (with permission)*
James D. Shields, SBN: 18260400
Bart F. Higgins, SBN: 24058303
David A. Shields, SBN: 24083838
16400 Dallas, Parkway, Suite 300
Dallas, Texas 75248
Tel: (972) 788-2040
Fax: (972) 788-4332
jshields@shieldslegal.com
bhiggins@shieldslegal.com
dshields@shieldslegal.com

**ATTORNEYS FOR DEFENDANTS MARWA ZAATARI AND D ZINE PARTNERS, LLC**
And

**MCGUIREWOODS LLP**

*/s/ Robert A. Muckenfuss (with permission)*
**Justin Opitz**
Texas State Bar No. 24051140
**Matthew W. Cornelia**
Texas State Bar No. 24097534
**Addison Fontein**
Texas State Bar No. 24109876
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Tel: (214) 932-6400
Fax: (214) 932-6499
jopitz@mcguirewoods.com
mcornelia@mcguirewoods.com
afontein@mcguirewoods.com

**Robert A. Muckenfuss** (admitted *pro hac vice*)
North Carolina State Bar No. 28218
**Kelly A. Warlich** (admitted *pro hac vice*)
North Carolina State Bar No. 51053
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Tel: (704) 343-2000
Fax: (704) 343-2300
rmuckenfuss@mcguirewoods.com
kwarlich@mcguirewoods.com

**Lucy Jewett Wheatley**
(admitted *pro hac vice*)
Virginia State Bar No. 77459
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2017
lwheatley@mcguirewoods.com

**ATTORNEYS FOR PLAINTIFF GLOBAL PLASMA SOLUTIONS, INC.**